IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

RECEIVED
2024 DEC 16  P 12:40
TREY GRANGER, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Xavier Johnson

PLAINTIFF

v.

CASE ACTION NO.: _____

East Alabama Medical Center

JURY DEMAND (MARK ONE)

☐ YES    ☐ NO

DEFENDANT

3:24-cv-00807-RAH-CWB

## EEOC COMPLAINT

1. Plaintiff resides at 1730-4 Cornerstone Lane Alexander City, AL 35010

2. Defendant(s)' name(s) East Alabama Medical Center

   Location of principal office(s) of the named defendant(s) 2000 Pepperell Pkwy Opelika, AL 36801

   Nature of defendant(s)' business hospital

   Approximate number of individuals employed by defendant(s) 100+

3. This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employement discrimination. Jurisdiction is specifically conferred on the Court by 42 U.S.C. §2000e-5. Equitable and other relief are also sought under 42 §2000e-5(g).

4. The acts complained of in this suit concern:

   1. ☐ Failure to employ me.
   2. ☐ Termination of my employment.
   3. ☐ Failure to promote me.
   4. ☑ Other acts as specified below: retaliation and discrimanation

5. Plaintiff is:
   A. ___ Presently employed by the defendant.
   ✓ Not presently employed by the defendant. The dates of employement were _____ Employment was terminated because:

   (1) ___ Plaintiff was discharged.
   (2) ___ Plaintiff was laid off.
   (3) ✓ Plaintiff left job voluntarily.

6. Defendant(s)' conduct is discriminatory with respect to the following:

   A. ✓ My race.
   B. ___ My religion.
   C. ___ My sex.
   D. ___ My national origin.
   E. ✓ Other, as specified below: retaliation

7. The name(s), race, sex, and the position or title of the individual(s) who allegedly discriminated against me during the period of my employment with the defendant company is (are) Jennifer Ray (manager) White female, Jennifer Royals (supervisor) white femal, Alisha Gunn (director) white female, Jessica Belenger (educator) white female, Kristen Harris (manager) white female

8. The alleged discrimination occurred on or about August 2022.

9. The nature of my complaint, i.e., the manner in which the individual(s) named above discriminated against me in terms of the conditions of my employment, is as follows: Work place was hostile, other workers not of my race were allowed to do certain thing and I was not, I was called "ghetto" and "loud" because of my race. I was relatiated against because I went to HR. I was threatened that I could lose my job if I went HR again.

10. The alleged illegal activity took place at East Alabama medical center

11. I filed charges with the Equal Employment Opportunity Commission regarding defendant(s)' alleged discriminatory conduct on or about **August 2022**.
    I have attached a copy of the Notice-of-Right-to-Sue letter issued by the Equal Employment Opportunity Commission. The letter was received by me on **10/15/24**.

12. I seek the following relief:

    A. ✓ Recovery of back pay.
    B. ✓ Reinstatement to my former job, and any other relief as may be appropriate, including injunctive orders, damages, costs, and attorneys fees.

Date:_____

*Darius Johnson*
Signature of Plaintiff

1730-4 Cornerstone Lane
Alexander City, AL 35010
(256) 749-5293
Address & Telephone Number of Plaintiff