IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| XAVIER JOHNSON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 3:24-cv-807-RAH ) |
| EAST ALABAMA MEDICAL CENTER, | ) ) ) |
| Defendant. | ) ) |

## **ORDER**

On January 24, 2025, the Magistrate Judge ordered Plaintiff Xavier Johnson to file by February 14, 2025, an Amended Complaint that addressed various pleading shortcomings in the Complaint. (Doc. 8.) Plaintiff did not file an Amended Complaint, or anything for that matter, in response to the Magistrate Judge's Order. Then, on February 24, 2025, still having not heard from Plaintiff, the Magistrate Judge recommended that the case be dismissed without prejudice. (Doc. 9.) The Magistrate Judge further ordered that any objections to the Report and Recommendation should be filed on or before March 10, 2025. To date, no objections have been filed. Therefore, upon an independent review of the record, it is **ORDERED** as follows:

1) The Report and Recommendation (doc. 9) is **ADOPTED**; and,

2) This action is hereby **DISMISSED WITHOUT PREJUDICE**, each party to bear their own costs.

**DONE** and **ORDERED** on this the 14th day of April 2025.

R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE